# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-02641-PHX-DGC |
| Frank J. Brtko,<br>　　　　　Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-0588 PHX DGC<br><br>**ORDER** |
| Joyce Bruce,<br>　　　　　Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-3648 PHX DGC<br><br>**ORDER** |
| Lillie M. Brumfield,<br>　　　　　Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-3502 PHX DGC<br><br>**ORDER** |
| Anna P. Brunson,<br>　　　　　Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-0569 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Judith B. Bryan,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-3418 PHX DGC<br><br>**ORDER** |
| Paul T. Bryant,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-0481 PHX DGC<br><br>**ORDER** |
| Boleslaw E. Brzoska,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-4346 PHX DGC<br><br>**ORDER** |
| Michael A. Buckholtz,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-0625 PHX DGC<br><br>**ORDER** |
| Bayla Bulwa,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-4358 PHX DGC<br><br>**ORDER** |
| Swift Burch,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-0456 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Alison J. Burnett,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-4433 PHX DGC<br><br>**ORDER** |
| Tiffany C. Burns,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-0225 PHX DGC<br><br>**ORDER** |
| John Bush,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-3504 PHX DGC<br><br>**ORDER** |
| Jason J. Busser,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-0830 PHX DGC<br><br>**ORDER** |
| Eddie M. Butts,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-3703 PHX DGC<br><br>**ORDER** |
| Thomas C. Caffee,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-3659 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James B. Calhoun,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-3063 PHX DGC<br><br>**ORDER** |
| Richard O. Campbell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-3505 PHX DGC<br><br>**ORDER** |
| Julius K. Campbell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-0505 PHX DGC<br><br>**ORDER** |
| Tina M. Capatch,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-3488 PHX DGC<br><br>**ORDER** |
| Alberta Caper Little,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-0628 PHX DGC<br><br>**ORDER** |
| James A. Carlyle,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-0202 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Larry D. Carmichael,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-3492 PHX DGC<br><br>**ORDER** |
| Eugene K. Carothers,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-3424 PHX DGC<br><br>**ORDER** |
| James M. Carpenter,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-3760 PHX DGC<br><br>**ORDER** |
| William G. Carpenter,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-4515 PHX DGC<br><br>**ORDER** |
| Robert A. Carr,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-3714 PHX DGC<br><br>**ORDER** |
| Ann Carter,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-0462 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gary Carter,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV18-4567 PHX DGC<br><br>**ORDER** |
| Anthony J. Cartolano,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV17-4406 PHX DGC<br><br>**ORDER** |
| Charles J. Castelli,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV17-3779 PHX DGC<br><br>**ORDER** |
| Robert Cates,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV19-0523 PHX DGC<br><br>**ORDER** |
| Donna G. Cathey,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV17-3730 PHX DGC<br><br>**ORDER** |
| Johnie Caudill,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV18-3520 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sheryl D. Cavazos,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV17-1635 PHX DGC<br><br>**ORDER** |
| Earnest Chandler,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV17-3518 PHX DGC<br><br>**ORDER** |
| Charlie C. Channel,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV17-3064 PHX DGC<br><br>**ORDER** |
| Kiara A. Chappell,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV18-3521 PHX DGC<br><br>**ORDER** |
| Yolanda T. Chappell,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV18-3522 PHX DGC<br><br>**ORDER** |
| Candice C. Chase Wilson,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV17-3722 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kathleen Chatman,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-0482 PHX DGC<br><br>**ORDER** |
| Myra L. Chavez,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-3734 PHX DGC<br><br>**ORDER** |
| Angela B. Cherubino,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-4569 PHX DGC<br><br>**ORDER** |
| Robert D. Christie,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-3600 PHX DGC<br><br>**ORDER** |
| David Christle,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-4375 PHX DGC<br><br>**ORDER** |
| Barbara E. Christoffer,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-2501 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Richard M. Chronister,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-3639 PHX DGC<br><br>**ORDER** |
| Kathryn D. Clark,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-3524 PHX DGC<br><br>**ORDER** |
| Dusti L. Clark,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-1192 PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 20642.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20642) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 15th day of October, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge